**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

IN RE:

SARA BERGMANN WATTS
BILLY G WATTS

                    **Debtors**

    **CHAPTER 13
CASE NO. 26-50044**

**SUPPLEMENTAL
TRUSTEE'S OBJECTION TO CONFIRMATION, MOTION TO DISMISS,
AND REQUEST FOR DOCUMENTS AND AMENDMENTS**

      COMES NOW the Chapter 13 Trustee, and (i) submits this request for documents and amendments from the Debtor(s) following the meeting of creditors, and (ii) objects to confirmation of the Plan filed on 01/28/2026 and (iii) moves to dismiss this case unless all of the objections and requests for documents and amendments have been resolved prior to the hearing. The hearing on the Trustee's objection to confirmation and motion to dismiss or convert shall be held on:

**March 25, 2026 at 11:30 a.m.**

Parties should contact Judge Black's courtroom deputy at
Catherine_James@vawb.uscourts.gov
to obtain video access instructions and Zoom access information

1.  The Trustee requests the Debtors to provide the following documents, or file with the Court the following amendments and pleadings, at least ten (10) days before the hearing noticed herein, to assist in resolving the Trustee's objections:
    **Documents - Other**
    - File a pre-confirmation affidavit from Debtor(s), or other appropriate evidence to satisfy matters addressed in the affidavit.
    **Pleadings**
    - Amend Schedule A/B, Part 1 (real estate): show $45,000 value for land or provide BPO to support lower figure on Schedule A.
    - Amend the Attorney Disclosure Statement: to disclose $88 fee charged.
    - Amend Form 122C-1 and 122C-2: line 9 offset housing allowance by Lake Holiday and Virginia National liens; line 36 show plan payment.

2.  The Trustee objects to confirmation of the plan and requests that the Plan be amended to address the following issues:
    **Amend Plan or Suggest Confirmation Order Language**
    - Amend plan to provide equal monthly payments for claims in Part 3.3 and clarify who will disburse $53,170.91 to Sara's classified claims in Part 5.3.
    - Amend the plan to provide for the priority claim #13, or object to the claim, filed by IRS for $5,112.27  (UNFILED 2025).
    **Objections**
    - The Plan as proposed is under-funded (not sufficient funds for Trustee to pay claims as proposed in plan). Based upon claims filed to date.
    - The Debtor fails to provide that all of the disposable income in the commitment period will be applied to plan payments pursuant to 11 U.S.C. Section 1325(b)(1)(B). As filed Form 122-C-1 and -2 require net to unsecured creditors of $76,480.60.   Amend plan to pay more.

SARA BERGMANN WATTS
BILLY G WATTS

Case No. 26-50044
Page 2

- The Debtor has not filed all applicable Federal, State, and local tax returns pursuant to 11 U.S.C. Section 1308 and 1325(a)(9). Years not filed: 2025. Provide the Trustee with a copy of tax returns once filed, within 30 days.

3. The Trustee prays that any confirmation order entered in this case shall include the following other provisions:

**Conf - Fix Plan Terms**
- Part 5.1 of the Plan is amended to clarify that the chapter 7 test figure is $ 117,484.

4. The Trustee shall ask for dismissal or conversion of the case if the Debtor does not timely commence making Plan payments at the rate and in the amounts stated in their Plan. If the Plan calls for payments through an automatic wage deduction from an employer, the Debtor must make payments directly to the Trustee until the wage deduction takes effect.

   **WHEREFORE,** your Trustee requests that the Court dismiss or convert this case if the Debtor(s) fail to do any of the following: (i) resolve the objections noticed herein, (ii) provide the requested modifications, documents, amendments, and/or actions; (iii) appear at the original or adjourned Meeting of Creditors; (iv) remain current in Plan payments; or (v) file a confirmable Plan.

Dated: March 05, 2026

/s/ Shannon Morgan

Shannon Morgan
Attorney for the Chapter 13 Trustee,
Angela M. Scolforo
P. O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913
Email: ch13staff@cvillech13.net

## CERTIFICATE OF SERVICE

   I certify that a true copy of this Trustee's Request for Documents and Amendments, Objection to Confirmation, and Motion to Dismiss or Convert was served by first class mail, postage paid, upon the Debtors and served electronically upon the Debtors' counsel on March 05, 2026.

/s/ Shannon Morgan

Shannon Morgan
Attorney for the Chapter 13 Trustee,
Angela M. Scolforo
P. O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913
Email: ch13staff@cvillech13.net